United States District Court
Southern District of Texas

**ENTERED**

April 16, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 20-mc-3316 |
| | ) | |
| SIKE AKHIONBARE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER COMPELLING COMPLIANCE WITH SUMMONS

ON the Petition to Enforce Internal Revenue Service Summons,

1.  The summons was properly issued by the petitioner to the respondent who failed to produce the items sought in the summons.

2.  The summons was reasonably certain about the items requested and was not overly broad.

3.  The summons was issued for the lawful purpose of securing the information necessary to enable a representative of the Internal Revenue Service to complete a Collection Information Statement.

4.  The items sought in the summons are relevant and material to the lawful purpose.

5.   No Justice Department referral as defined in 26 U.S.C. § 7602(d)(2)(A) is in effect for the respondent.

6.   The respondent was properly notified of the date of this hearing to show cause by the United States Marshal or duly authorized representative.

7.   It is, therefore, ORDERED that the respondent comply with the summons and appear on _14 May 2021_ at _10 A.m._ .m. at 8701 S. Gessner Rd., Houston, Texas 77074, before Steve Westfall, or designated agent, and produce the records and testimony called for in the summons.

SIGNED at Houston, Texas, on _15 April 2021_, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE